

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00454-CV

———————————————

DONNY DANIEL SHAW, Appellant

V.

JOYCE CHRISTINE BRUNNER, INDIVIDUALLY, AND FOR OTHER
STATUTORY BENEFICIARIES OF MARTY LEE VAUGHN, DECEASED,
Appellee

On Appeal from the 48th District Court
Tarrant County, Texas
Trial Court No. 048-325408-21

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

After receiving three extensions of time to file his brief, appellant's brief was due on October 10, 2024.[1]  On October 21, 2024, we notified appellant that his brief had not been filed as the appellate rules require.  *See* Tex. R. App. P. 38.6(a).  We stated that we could dismiss the appeal for want of prosecution unless, within ten days, appellant filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed.  *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b).  We have received no response.

Because appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered:  December 5, 2024

---

[1]We subsequently denied appellant's fourth and fifth motions for extension of time to file his brief.